
2:16-CR-412-FMO-1



**DEFENSE HEALTH AGENCY**
7700 ARLINGTON BOULEVARD, SUITE 5101
FALLS CHURCH, VIRGINIA 22042-5101

**Inspector General**

HCFR

26 February 2025

TO: United States District Court
Central District of California
300 North Los Angeles Street
Suite 7516
Los Angeles, CA 90012




PETITIONER: Defense Health Agency (TRICARE)

RE: Filing of Petition in Third-Party Ancillary Proceeding for Adjudication of Legal Interest - *United States v. David Jensen, et al.,* No. 2:16-CR_00412-FMO

The Defense Health Agency, Office of Inspector General, Health Care Fraud Resolution, upon information and belief, submits this petition on behalf of the Defense Health Agency (DHA), for remission regarding the Administratively Seized Properties belonging to David Jensen under Title 21 U.S.C. §853(a) and Federal Rule of Criminal Procedure 32.2(b).

DHA asserts that it has a valid, good faith interest in the administratively seized assets as follows:

1) Approximately $8,488,673.61 in funds seized from a Bank of the West account with the last four digits ending in 6710 **(Asset ID No. 15-USP-002256)**

2) Approximately $700,000.00 in funds seized from a Friendly Hills Bank account with the last four digits ending in 6648 **(Asset ID No. 15-USP-002303)**

3) Approximately $500,000.00 in funds seized from a Bank of the West account with the last four digits ending in 3294 **(Asset ID No. 15-USP-002302)**

4) Approximately $271,121.45 in funds seized from a Friendly Hills Bank account with the last four digits ending in 6655 **(Asset ID No. 15-USP-002301).**

CONTROLLED UNCLASSIFIED INFORMATION (CUI)/LAW ENFORCEMENT SENSITIVE (LES)
This document is the property of the Department of Defense, Defense Health Agency Office of the Inspector General, Health Care Fraud Resolution (HCFR). Distribution outside DoD and the intended receiving agency without prior authorization of HCFR is not authorized. Protected Health Information (PHI), Personally Identifiable Information (PII), or Law Enforcement Sensitive (LES) information may be included. Law enforcement sensitive information may be withheld from the public, as disclosure could cause foreseeable harm to the interest protected by one or more exceptions of the Freedom of Information Act, 5 USC Section 552.

Mr. David Jensen conspired with marketers to pay kickbacks in return for compounded pharmaceutical drugs through his company, Valley View Rexall Pharmacy; that defrauded the victim, DHA (TRICARE Program), of millions of dollars. Mr. David Jensen has been unjustly enriched through the healthcare fraud scheme he carried out.

DHA petitions for $9,921,552. which represents a portion of the loss DHA incurred as a result of the illegal activity.

DHA to date has not received any compensation in any amount(s) for the above cited losses it incurred due to the illegal activity conducted by Mr. David Jensen or Valley View Rexall Drugs.

These parties were currently under a joint health care fraud investigation that included Special Agents (SA) from the Defense Criminal Investigative Service (DCIS), US Department of Veteran Affairs-OIG, United States Postal Service, and Office of Personnel Management-OIG

For information regarding any other open investigations related to Mr. David Jensen and Valley View Rexall Pharmacy please contact DCIS, SA Natalie Duerksen at 703-699-6061.

Sincerely,

KELLER.VANESSA.MARIE.1545372793 Digitally signed by KELLER.VANESSA.MARIE.1545372793 Date: 2025.02.26 10:45:44 -07'00'

Vanessa Keller, AIG
Health Care Fraud Specialist
Health Care Fraud Resolution

Cc:
U.S. Attorney's Office
Attn: Asset Recovery Unit

DEFENSE HEALTH AGENCY
16401 E CENTRETECH PKWY
AURORA, CO 80011-9066

OFFICIAL BUSINESS

DENVER CO 802
26 FEB 2025 PM 6

WCK

United States District Court
Central District of California
c/o Victor Rodgers - Asset Forfeiture + Recovery
300 North Los Angeles Street
Los Angeles, CA 90012

90012-334191



Case 2:16-cr-00412-FMO   Document 653   Filed 03/03/25   Page 4 of 4   Page ID #:3746